**Order entered December 31, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00865-CR

**DONALD RAY GILES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F16-24162-K**

## ORDER

Before the Court is appellant's December 28, 2018 motion for extension of time to file his brief. We **GRANT IN PART** the motion. Appellant's brief shall be due **THIRTY DAYS** from the date of this order.

/s/ LANA MYERS
   JUSTICE